IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

Walter Chruby, et al., individually
and on behalf of all others                                                      PLAINTIFFS
similarly situated

  vs.                                       Case No. 15-5136

Global Tel*Link Corporation
                                                                               DEFENDANTS

### CLERK'S ORDER OF DISMISSAL

On this 27th day of August, 2018, the parties hereto having filed a Stipulation of Dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

/s/   Teri Gunderson, Deputy Clerk